NF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

# RECEIVED

La'Von Moore

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

State of Illinois and
the Illinois Department of
Corrections Respondents.
Mrs. Portwood (Kitchen
Supervisor) (MSU)

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

MAY 0 6 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-5056
C
(1

Judge Rebecca R. Pallmeyer
Magistrate Judge Maria Valdez
PC6

CHECK ONE ONLY:

✓          COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

✓          COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

✓          OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY._

**I.    Plaintiff(s):**

A.    Name: _La'Von Moore_

B.    List all aliases: _____

C.    Prisoner identification number: _M41775_

D.    Place of present confinement: _Shawnee Correctional Center_

E.    Address: _6665 Route 146 East, Vienna, IL 62995_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Mrs. Portwood_

Title: _Dietary Kitchen Supervisor (MSU)_

Place of Employment: _Stateville Correctional Center NRC_

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

                                                          _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

                                                           _____

                                                           _____

                                                           _____

    D.    List all defendants: _____

                                                           _____

                                                           _____

                                                           _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

                                                           _____

    G.    Basic claim made:_____

                                                           _____

                                                           _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

                                                           _____

                                                           _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 10th, 2015 in Stateville Correctional Center NRC (MSU), I inmate Moore – M41775 was assigned a task to transport boiling pots of water from a tilt skillet, to a dishwashing station, and pour the boiling water into a broken sink. Mrs. Portwood (kitchen Supervisor) assigned me the task, and never trained me on how to perform the task properly, nor provided safety protective wear (Rubberized Gloves), in which I attempted to complete the task and was severely burned down the right side of my face. I was there in Stateville Correctional Center NRC Only awaiting leave for work-release. (Actual Injury) defendants failure to follow proper safety protocal.

Revised 9/2007

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

**V.      Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

Whatever the court decides + the attorney fees,
and fees waived.

VI.      The plaintiff demands that the case be tried by a jury.  ☒ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this  20  day of  April , 20 16

_____
(Signature of plaintiff or plaintiffs)

ha'Von Moore B.
(Print name)

M41775
(I.D. Number)

6665 ^state Route 146 East, Vienna, IL
62995
(Address)

Revised 9/2007